H. E. TAYLOR & CO. v. FITZPATRICK. (Supreme Court, Appellate Division, First Department. November 15, 1912.) Action by H.

E. Taylor & Co. against John H. Fitzpatrick. No opinion. Application granted. Order signed. See, also, 135 N. Y. Supp. 1092.